970

MARK WARREN MOODY, Appellant, v NEW YORK STATE BOARD OF ELECTIONS et al., Respondents.

Decided March 23, 2017

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that the constitutional question presented on this direct appeal is not substantial (*see Gerzof v Gulotta*, 40 NY2d 825 [1976]).

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13ARX, by U.S. Bank National Association, as Trustee, Respondent, v MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as Successor in Interest to MORGAN STANLEY MORTGAGE CAPITAL, INC., Appellant.

Submitted February 21, 2017; decided March 23, 2017

Motion by James M. Peaslee for leave to file a letter brief amicus curiae on the appeal herein granted and the proposed letter brief is accepted as filed.

Chief Judge DiFIORE and Judge GARCIA taking no part.

MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13ARX, by U.S. Bank National Association, as Trustee, Respondent, v MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as Successor in Interest to MORGAN STANLEY MORTGAGE CAPITAL, INC., Appellant.

Submitted February 21, 2017; decided March 23, 2017

Motion by Miriam A. Albert et al. for leave to file a letter brief amici curiae on the appeal herein granted and the proposed letter brief is accepted as filed. One copy of the letter brief must be served and an original and three copies filed within seven days.

Chief Judge DiFIORE and Judge GARCIA taking no part.